UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE: )
   PHILLIP L. ARNDT )
)  Case No. 20-70621
)
   Debtor. )  Chapter 13

## NOTICE OF HEARING

The Trustee, Marsha L. Combs-Skinner, has filed a Motion for Rule to Show Cause requesting your 2023 Federal and State tax returns.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Unless the Trustee withdraws her request, a hybrid hearing on the matter will be held on **Tuesday, August 6, 2024 at 2:30 p.m.**

**Unless the Court orders otherwise in a particular case or as to a particular attorney or party, attorneys and parties participating in the hearing have the option of appearing remotely via Zoom for Government® in lieu of appearing in person. To do so, launch Zoom® through your web browser or app and enter the following credentials as prompted.**

**Meeting ID: 161 8563 5975**
**Passcode: 1598**

**Multiple hearings may be set at the same time. Please stay connected to the Zoom® conference until your hearing(s) are concluded. Your camera and microphone should remain "off" or muted while waiting for your case(s) to be called. Participation by telephone is limited to listening only. For full details and connection information, see the Zoom Video Hearing Guide for Participants on the Court's website. Participants are strongly encouraged to review Judge Gorman's Zoom Video Hearing Guide for Participants prior to the scheduled hearing.**

www.ilcb.uscourts.gov/zoom−video−hearing−guide−participants

*Please be advised that all hearings are recorded.*
*Participants electing to appear via Zoom® are responsible for ensuring their ability to connect to the conference and compliance with applicable rules and procedures. A continuance will be considered by the Court ONLY upon a motion establishing good cause, submitted at least two business days before the hearing.*

If you or your attorney do not appear, the Court may decide that you do not oppose the relief sought by the Trustee and may enter an order granting that relief.

Dated: June 7, 2024                             /s/ Ken Siomos
                                                Ken Siomos
                                                Staff Attorney for
                                                Marsha L. Combs-Skinner
                                                Chapter 13 Standing Trustee

Go to *www.ilcb.uscourts.gov* for information regarding this court's mandatory electronic filing policy.

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|    PHILLIP L. ARNDT ) | |
| ) | Case No. 20-70621 |
| ) | |
|    Debtor. ) | Chapter 13 |

## TRUSTEE'S MOTION FOR RULE TO SHOW CAUSE

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by her attorney, Ken Siomos, and files her Motion for Rule to Show Cause. In support of the Motion the following is shown:

   1. The Trustee has not received the 2023 Federal and State tax returns as required from the Debtor.

   WHEREFORE, Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, prays that the Court order the Debtor to show cause as to why the Debtor failed to comply with this requirement.

Respectfully Submitted:
Marsha L. Combs-Skinner,
Chapter 13 Standing Trustee, by:

/s/ Ken Siomos
Staff Attorney for
Marsha L. Combs-Skinner
Chapter 13 Standing Trustee
108 S. Broadway, P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730
E-mail: Ken@ch13cdil.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing was served upon, JOHN L. GREENLEAF, JR., Attorney for the Debtor, and the United States Trustee, by electronic notification through ECF on June 7, 2024, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

PHILLIP L. ARNDT

268 N. WILES STREET
MACON, IL 62544


                                          /s/ Ken Siomos
                                             Staff Attorney